**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Hang Nam Yoon, | ) | No. CV-06-3068-PHX-SMM |
| Petitioner, | ) | **ORDER** |
| v. | ) | |
| Phillip Crawford, et. al., | ) | |
| Respondents. | ) | |

Pending before the Court is Petitioner's Motion for Enlargement of Time Limitations within which to File Objections to the Report and Recommendation filed in this case. Petitioner requests an extension of the deadline up to and including **September 21, 2007** (Doc. 12). For good cause shown,

**IT IS HEREBY ORDERED GRANTING** Petitioner's Motion for Enlargement of Time Limitations within which to File Objections to the Report and Recommendation filed in this case. (Doc. 12).

DATED this 4th day of September, 2007.

Stephen M. McNamee
United States District Judge