**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hang Nam Yoon, | No. CV-06-3068-PHX-SMM |
| Petitioner, | **ORDER** |
| v. | |
| Phillip Crawford, et. al., | |
| Respondents. | |

Pending before the Court is Petitioner's Motion for Enlargement of Time Limitations within which to File a Response to the Objections filed to the Report and Recommendation filed in this case (Doc. 15). For good cause shown,

**IT IS HEREBY ORDERED GRANTING** Petitioner's Motion for Enlargement of Time Limitations within which to File a Response to the Objections to the Report and Recommendation filed in this case. (Doc. 15).

**IT IS FURTHER ORDERED** that Petitioner shall file his Response no later than **Friday, October 19, 2007.**

DATED this 9th day of October, 2007.

Stephen M. McNamee
United States District Judge