**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hang Nam Yoon, | No. CV-06-3068-PHX-SMM |
| Petitioner, | **ORDER** |
| v. | |
| Phillip Crawford, et. al., | |
| Respondents. | |

Having received Petitioner's Motion for Injunctive Relief (Doc.23) and Respondent's Response thereto, the Court acknowledges that the Petitioner has been released from detention. Therefore, finding good cause therein,

**IT IS HEREBY ORDERED DENYING** Petitioner's Motion for Injunctive Relief (Doc.23).

**IT IS FURTHER ORDERED** dismissing this case, all parties to bear their own fees and costs. The Clerk of the Court shall close the case accordingly.

DATED this 1st day of February, 2008.

Stephen M. McNamee
United States District Judge