**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hang Nam Yoon, | No. CV-06-3068-PHX-SMM |
| Petitioner, | **ORDER** |
| v. | |
| Phillip Crawford, et. al., | |
| Respondents. | |

Having received Petitioner's Motion for Enlargement of Time to File a Reply to Respondent's Motion to Dismiss (Doc. 27), the Court finds that because the Petitioner was previously awarded the relief he was due, there is nothing left for Petitioner to pursue in this case, and his motion is therefore **DENIED** as **MOOT**.

**IT IS THEREFORE ORDERED DENYING** Petitioner's Motion for Enlargement of Time to File a Reply to Respondent's Motion to Dismiss (Doc. 27).

**IT IS FURTHER ORDERED** that this case is to remain closed.

DATED this 20th day of February, 2008.

Stephen M. McNamee
United States District Judge